Rachel E. Kaufman (CSB# 259353)
rachel@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, Florida 33127
Telephone: (305) 469-5881

*Attorney for Plaintiff and the Proposed Classes*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHANTA LATISE MORTON,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**MORTGAGE NETWORK INC.**, a Massachusetts company,<br><br>*Defendant,* | Case No. 4:21-cv-08857-DMR<br><br>**PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Shanta Latise Morton hereby gives notice of the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

Respectfully Submitted,

DATED this 4th day of January, 2022.

By: /s/ *Rachel E. Kaufman*

Rachel Elizabeth Kaufman
Kaufman P.A.
400 NW 26th Street
Miami, FL 33127
(305) 469-5881
Email: Rachel@kaufmanpa.com

*Attorney for Plaintiff and the putative Classes*